

**DINN HOCHMAN & POTTER, LLC**

ATTORNEYS

5910 Landerbrook Drive
Suite 200
Cleveland, Ohio 44124
440-446-1100
440-446-1240 (FAX)
dhp@dhplaw.com (E-Mail)
www.dhplaw.com

Writer's Direct Dial
(440) 544-1147
aminc@dhplaw.com

March 25, 2016

<u>Via Overnight Delivery</u>
Clerk's Office
United States District Court
District of Nevada
400 S. Virginia St.
Reno, NV 89501

3:16-ms-00006

**RE:** <u>**Copyright Infringement**</u>

Dear Sir or Madam:

On behalf of my client, PG Ventures I respectfully request that the Clerk issue a subpoena pursuant to 17 U.S.C. § 512(h).

By way of background, Section 512(h) of the Digital Millennium Copyright Act provides that a "copyright owner or a person authorized to act on the owner's behalf may request the clerk of any United Sates District Court to issue a subpoena to a service provider for identification of an alleged infringer in accordance with this subsection." 17 U.S.C. § 512(h)(l). For a subpoena to be issued, Section 512 (h) requires that a copyright owner file the following with the Clerk:

1. A copy of the notification required by Section 512(c)(3)(A);
2. A proposed subpoena; and
3. A sworn declaration to the effect that the purpose for which the subpoena is sought is to obtain the identity of an alleged infringer and that such information will only be used for the purpose of protecting rights under this title.

Accordingly, attached for filing with the Clerk our notification pursuant to Section 512(c)(3)(A), a purposed subpoena, and a sworn declaration. As we have complied with the requirements of the statute, we ask that the Clerk pursuant to Section 512(h)(4) expeditiously issue and sign the proposed subpoena and return it to undersigned counsel for service on the subpoena recipient.

Thank you for your cooperation and prompt response in this matter. If you have any questions, I am reachable as noted above.

Very truly yours,

Aaron M. Minc

AMM:rp
Enc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DMCA SUBPOENA TO | : Case No. |
| | : |
| | : |
| | : **DECLARATION OF** |
| | : **AARON MINC** |
| | : |
| | : |
| | : |

I, Aaron Minc, declare and testify as follow:

1. I am admitted to practice law in the State of Ohio. I represent PG Ventures ("PG").

2. On behalf of PG, I am seeking a subpoena pursuant to 17 U.S.C. § 512(h) to obtain information sufficient to identity of a person or entity who anonymously posted photographs, images, and videos on the website "8chan" located on the URLs more fully set forth on Schedule 1 ("Anonymous User").

3. I have a good faith belief, based on the facts known to me, that Anonymous User is infringing on PG's intellectual property rights.

4. The purpose for which the subpoena is sought is to obtain the identity of alleged infringers and the information obtained therefrom will only be used for the purpose of protecting rights under 17 U.S.C. 101, et. seq.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 25, 2016.

_____
Aaron M. Minc, OH 0086718

## SCHEDULE I

https://media.8ch.net/auca/src/1457975562770.webm
https://media.8ch.net/auca/src/1451525493450-1.webm
http://8ch.net/wx/res/42549.html
http://8ch.net/wx/src/1448660558972-0.webm
http://8ch.net/wx/src/1449572390395.png
http://8ch.net/wx/src/1449572421795.jpg
http://8ch.net/wx/src/1449572468390.webm
http://8ch.net/wx/src/1449572578597.webm
http://8ch.net/wx/src/1449574604767.jpg
http://8ch.net/wx/res/42549.html#44457
http://8ch.net/wx/res/42549.html#45003
http://8ch.net/wx/src/1450798678886-4.jpg
http://8ch.net/wx/src/1450798678886-3.jpg
http://8ch.net/wx/src/1450798678885-2.jpg
http://8ch.net/wx/src/1450798678885-1.jpg
http://8ch.net/wx/src/1450798678884-0.jpg
http://8ch.net/wx/res/42549.html#45198
http://8ch.net/wx/res/42549.html#45199
http://8ch.net/wx/res/42549.html#45278
http://8ch.net/wx/res/42549.html#45290
http://8ch.net/wx/res/42549.html#45335
http://8ch.net/wx/res/42549.html#45357
http://8ch.net/wx/src/1451150963588.png
http://8ch.net/wx/res/42549.html#45390
https://8ch.net/player.php?v=/wx/src/1448660313221-1.webm&t=white%20v%20black.webm&loop=1
http://8ch.net/wx/res/42549.html#45824
http://8ch.net/wx/src/1451888400002.jpg
http://8ch.net/wx/res/42549.html#47110
http://8ch.net/wx/src/1453843534200.webm
http://8ch.net/wx/src/1453844066281.webm
http://8ch.net/wx/src/1454249620909.webm
http://8ch.net/wx/res/42549.html#49713
http://8ch.net/wx/res/42549.html#49717
http://8ch.net/wx/res/42549.html#49878
http://8ch.net/wx/res/42549.html#49915
http://8ch.net/wx/res/42549.html#50007
http://8ch.net/wx/src/1457357488636-0.webm
http://8ch.net/wx/src/1457357488637-1.webm
http://8ch.net/wx/src/1457357526390-0.webm
http://8ch.net/wx/src/1457357526392-1.webm
http://8ch.net/wx/res/42549.html#54323
http://8ch.net/wx/res/42549.html#54387
http://8ch.net/wx/res/42549.html#54400
http://8ch.net/wx/src/1448660313220-0.webm
http://8ch.net/wx/src/1448660313221-1.webm